UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:

ANDREW D HERNANDEZ

Debtor

CASE NO: 06-33214

(Chapter 13)

JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which
are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4005251**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 16 | OSI COLLECTION SERVICES<br>BOX 947<br>BROOKFIELD, WI  53008 | 792.50 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/22/2010

Certificate of Service                                    06-33214

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

ANDREW D HERNANDEZ
1563 CAMPUS DRIVE
DAYTON, OH  45406

RICHARD P ARTHUR
1634 S SMITHVILLE RD
DAYTON, OH  45410

(25.1n)
EMC MORTGAGE CORP
BOX 829009
DALLAS, TX  75382

(20.1n)
MICHAEL S ARNOVITZ
REIMER & LORBER CO LPA
BOX 968
TWINSBURG, OH  44087

(1008.1n)
NCO PORTFOLIO MANAGEMENT
%BECKET & LEE
BOX 3001
MALVERN, PA  19355

(16.1)
OSI COLLECTION SERVICES
BOX 947
BROOKFIELD, WI  53008

(16.3)
OSI COLLECTION SERVICES INC
BANKRUPTCY DEPARTMENT
BOX 105127
ATLANTA, GA  30348

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner          cs

0633214_42_20100322_1541_278/T317_cs
###